**RANDAZZA LEGAL GROUP, PLLC**
Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
LaTeigra C. Cahill, NV Bar No. 14352
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Plaintiff
AMA Multimedia LLC

RANDAZZA | LEGAL GROUP

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMA MULTIMEDIA, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MACIEJ MADON, a foreign citizen; JOHN DOES 1-25; and ROE CORPORATIONS 26-50,<br><br>Defendants. | Case No. 2:17-cv-03037-GMN-GWF<br><br>**NOTICE REGARDING STATUS OF SERVICE OF PROCESS** |

Plaintiff AMA Multimedia, LLC ("AMA") files this Notice Regarding Service of Process, and says:

On May 7, 2019, Plaintiff AMA filed its Amended Complaint, substituting Maciej Madon as Defendant. ECF No. 12. Because Defendant Madon is a citizen of Poland, a foreign country, AMA has begun the process of serving Mr. Madon under The Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents (the "Hague Convention"), as permitted by Fed. R. Civ.

P. 4(f)(1). To that end, counsel for AMA has engaged the services of Polish translators to prepare the Summons and Amended Complaint for service in Poland. These translations are currently underway. Once they are completed, AMA will submit the documents to the Polish Central Authority for personal service on Mr. Madon.

Although Fed. R. Civ. P. 4(m) states that the time limit for service of process does not apply when service is being effected in a foreign country, AMA is mindful of the Court's interest in expeditiously adjudicating this matter and is diligently attempting to serve Mr. Madon as soon as possible.

In the meantime, AMA will keep the Court abreast of the status of service upon Mr. Madon by filing status reports every 90 days hereafter until service has been completed.

Dated: May 21, 2019.

Respectfully Submitted,

RANDAZZA LEGAL GROUP, PLLC

/s/ Ronald D. Green

Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
LaTeigra C. Cahill, NV Bar No. 14352
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117

Attorneys for Plaintiff
AMA Multimedia, LLC

RANDAZZA | LEGAL GROUP

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 21, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

/s/ Ronald D. Green
Ronald D. Green

RANDAZZA | LEGAL GROUP