UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMA MULTIMEDIA, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MACIEJ MADON, a foreign citizen; JOHN DOES 1-25; and ROE CORPORATIONS 26-50,<br><br>Defendants. | Case No. 2:17-CV-03037-GMN-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Order Setting Aside Deadline to Serve Defendant Pursuant to Rule 4(m), or, Alternatively, For Extension of Time to Serve (ECF No. 24). The deadline of October 5, 2019 to file proof of service is vacated pursuant to Fed. R. Civ. P. 4(f).

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Order Setting Aside Deadline to Serve Defendant Pursuant to Rule 4(m), or, Alternatively, For Extension of Time to Serve is GRANTED. The date by which Plaintiff may file proof of service is hereby extended to November 5, 2019 and may be extended further based on Plaintiff's diligence to serve Defendant in a foreign country.

DATED: October 2, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1