**RANDAZZA LEGAL GROUP, PLLC**
Ronald D. Green, NV Bar No. 7360
Marc J. Randazza, NV Bar No. 12265
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Telephone: 702-420-2001
ecf@randazza.com

Attorney for Plaintiff
AMA Multimedia LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMA MULTIMEDIA, LLC, a Nevada limited liability company,<br><br>          Plaintiff,<br><br>     vs.<br><br>MACIEJ MADON, a foreign citizen; JOHN DOES 1-25; and ROE CORPORATIONS 26-50,<br><br>          Defendants. | Case No. 2:17-cv-03037-GMN-EJY<br><br>**CERTIFICATE OF SERVICE** |

On October 22, 2019, this Court entered an Order of Suspension in *In re: Marc J. Randazza*, No. 2:19-cv-01765, suspending attorney Marc J. Randazza from practice before this Court. Counsel for Plaintiff AMA Multimedia, LLC ("AMA") received this Order on October 29, 2019. Pursuant to LR IA 11-7(k), counsel for AMA hereby certify that they provided notice of this Order to AMA on November 4, 2019 via email and U.S. mail, attached as **Exhibit 1**. AMA's last known address is 6820 S. Valley View Blvd., Suite 300-306, Las Vegas, Nevada 89118.

Dated: November 4, 2019.    Respectfully submitted,

RANDAZZA LEGAL GROUP, PLLC

/s/ Marc J. Randazza
Ronald D. Green, NV Bar No. 7360
Marc J. Randazza, NV Bar No. 12265
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117

Attorney for Plaintiff
AMA Multimedia, LLC