UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AMA MULTIMEDIA, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MACIEJ MADON, a foreign citizen; JOHN DOES 1-25; and ROE CORPORATIONS 26-50,<br><br>Defendants. | Case No. 2:17-CV-03037-GMN-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Extension of Time to Serve (ECF No. 27).

Good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to Serve (ECF No. 27) is GRANTED. Plaintiff shall have through and including February 3, 2020 to effect service on Defendant Maciej Madon.

DATED: November 6, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1