# EXHIBIT 1

Email from Marta Wójciuk-Osik
dated January 20, 2020

**From:** **Wójciuk-Osik Marta (DWMPC)** Marta.Wojciuk-Osik@ms.gov.pl
**Subject:** FW: AMA Multimedia I Request for Status Update I Wniosek o aktualizację statusu
**Date:** January 20, 2020 at 9:03 AM
**To:** tar@randazza.com

---

Dear Sir,

Please be informed that the request for service under the Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters upon Mr Maciej Madon was executed by the Oświęcim District Court. The documents were served on 30.10.2019 to the addressee.

According to information provided by the court, the certificate of service was returned direclty to your office.

Kind regards


Marta Wójciuk-Osik
Główny Specjalista / Chief specialist
Wydział Międzynarodowej Współpracy Prawnej w sprawach Cywilnych / International Legal Cooperation in Civil Matters Division
Departament Współpracy Międzynarodowej i Praw Człowieka / Department of International Cooperation and Human Rights
Ministry of Justice of the Republic of Poland
tel: 22 23-90-659

MINISTERSTWO SPRAWIEDLIWOŚCI

Al. Ujazdowskie 11
00-950 Warszawa
tel: +48 22 52 12 888


---

**From:** Trey Rothell <tar@randazza.com>
**Sent:** Thursday, January 16, 2020 2:08 AM
**To:** Sekretariat DWMPC (DWMPC) <sekretariat.dwmpc@ms.gov.pl>
**Cc:** Ron Green <rdg@randazza.com>
**Subject:** Re: AMA Multimedia I Request for Status Update I Wniosek o aktualizację statusu

Dear Sir or Madam,

This law firm represents AMA Multimedia, LLC in the lawsuit AMA Multimedia v. Maciej Madon, filed in the United States District Court for the District of Nevada, Case No. 2:17-cv-03037.

Our office transmitted a Request for Service Abroad via International First Class Mail on June 5, 2019 addressed to the Polish Central Authority as designated under The Hague

Convention on Service Abroad. On July 15, 2019, we received correspondence from your office requesting an additional copy of the documents to be served. We mailed the requested copy to your office on July 16, 2019.

I am writing to request an update as to the status of the service in this matter. If you are able to provide information as to where the process currently stands, or an estimate as to when service will likely be accomplished, we would greatly appreciate the insight.

Thank you for your time and assistance.

***

Szanowny Panie, Szanowna Pani,

Ta kancelaria reprezentuje AMA Multimedia, LLC w pozwie AMA Multimedia przeciwko Maciejowi Madonowi, złożonemu w amerykańskim sądzie rejonowym dla okręgu Nevada, sygn. 2:17-cv-03037.

W dniu 5 czerwca 2019 r. Nasze biuro przesłało wniosek o doręczenie za granicą za pośrednictwem międzynarodowej poczty pierwszej klasy, skierowanej do polskiego organu centralnego wyznaczonego zgodnie z Konwencją haską o doręczeniu za granicą. W dniu 15 lipca 2019 r. Otrzymaliśmy korespondencję z Twojego biura z prośbą o dodatkową kopię dokumentów do doręczenia. Żądaną kopię wysłaliśmy do twojego biura 16 lipca 2019 r.

Piszę, aby poprosić o aktualizację statusu usługi w tej sprawie. Jeśli jesteś w stanie podać informacje o tym, gdzie aktualnie znajduje się proces lub oszacować, kiedy usługa prawdopodobnie zostanie wykonana, będziemy bardzo wdzięczni za wgląd.

Dziękujemy za poświęcony czas i pomoc.

**Trey A. Rothell*** | **Randazza Legal Group, PLLC**
2764 Lake Sahara Dr., Suite 109, Las Vegas, NV 89117
Tel: (702) 420-2001 | Email: tar@randazza.com

* Paralegal – not licensed to practice law.