# <u>EXHIBIT 2</u>

Declaration of
Trey A. Rothell

**RANDAZZA LEGAL GROUP, PLLC**
Ronald D. Green, NV Bar No. 7360
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Plaintiff
AMA Multimedia LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

AMA MULTIMEDIA, LLC, a Nevada limited liability company,

Plaintiff,

vs.

MACIEJ MADON, a foreign citizen; JOHN DOES 1-25; and ROE CORPORATIONS 26-50,

Defendants.

Case No. 2:17-cv-03037-GMN-EJY

**DECLARATION OF TREY A. ROTHELL**

I, TREY A. ROTHELL, declare:

1. I am over 18 years of age and have never been convicted of a crime involving fraud or dishonesty.

2. I work as a paralegal for Randazza Legal Group, PLLC. I have first-hand knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

3. On November 4, 2019, I transmitted an email requesting a status update to the Polish Ministry of Justice in relation to service under The Hague Convention on Defendant Madon in this matter.



RANDAZZA | LEGAL GROUP

4. Having received no response, I transmitted another email to the Polish Ministry of Justice with the same inquiry on January 15, 2020.

5. On January 20, 2020, I received a response to my email of January 15, 2020 from Chief Specialist Marta Wójciuk-Osik of the Polish Ministry of Justice. A true and correct copy of this email is attached to the Notice Regarding Status of Service of Process filed herewith as **Exhibit 1**.

6. On January 23, 2020, I transmitted an email to the Oświęcim District Court requesting an emailed copy of the proof of service or otherwise for another copy to be mailed to the office of AMA's counsel. I have not yet received a response.

I declared under penalty of perjury that the foregoing is true and correct.

Dated: January 24, 2020.

Trey A. Rothell

RANDAZZA | LEGAL GROUP