UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

AMA Multimedia, LLC )
)
)
Plaintiff(s), )
)
v. )   Case No.: 2:17-cv-03037-GMN-EJY
)
Maciej Madon )
)   **DEFAULT**
)
Defendant(s). )
)

It appearing from the records in the above-entitled action that Summons issued on the __Amended__ Complaint __May 7, 2019__
(Original, Amended, etc)     (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure,

Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants __Maciej Madon__

in the above-entitled action is hereby entered.

Date: __February 11, 2020__

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_