**<u>DECLARATION OF MACIEJ MADON IN SUPPORT OF MOTION TO SET ASIDE DEFAULT</u>**

I, MACIEJ MADON, declare under the penalty of perjury:

1. That I am the Defendant in the above-captioned action.
2. That I have personal knowledge of the facts and circumstances stated in this declaration.
3. That I was first informed about the existence of this action in early March of 2020 by my counsel Jakub P. Medrala.
4. That after speaking to Mr. Medrala, I asked him to represent me in this case and to take any necessary actions to set aside the default that was entered against me on February 11, 2020.
5. That on October 30, 2019 I did not reside at ul. Laczna 3, Oswiecim, Poland.
6. That I never resided at this address.
7. That Zbigniew Halat – a person listed on the proof of service of summons (ECF No. 30) was never a member of my household.
8. That Zbigniew Halat has never informed me about the fact that he received a copy of the summons and the complaint filed in the above-captioned action.
9. That I am a citizen and resident of the country of Poalnd.
10. That I, together with Marcin Wanat, am a partner of MW Media S. C., the operator of the <eporner.com> website.
11. That I did not register <eporner.com>, <epornergay.com>, or <eprncdn.com> domain names.
12. That I did not post any infringing materials described in the Plaintiff's Amended Complaint on the <eporner.com> website.

13. I did not know that any of the allegedly infringing material described in the Plaintiff's Amended Complaint belonged to the Plaintiff until I was notified of the previous action against my business partner and I that was filed in the U.S. District Court of Arizona.

14. The domain name <eporner.com> was registered in Poland, with a Polish company Home.pl.

15. I do not have, own or control any tangible assets or real property in the United States. I do not own or control bank accounts, or other similar liquid assets which are located in the United States.

16. I do not, and never have, paid taxes in the United States.

17. I do not do any business in the United States, I am not registered to do business in the United States, I have no officers, manufacturing or distribution facilities, employees, directors, agents (except for my attorney in this matter, Jakub P. Medrala, Esq., and arguably, although not admittedly, a DMCA agent for <eporner.com> Incorporatenow.com that was engaged in December of 2015) representatives, and hold no business licenses in the United States.

18. I have never derived any profit from any of my activities in the United States as I conduct no such activities.

19. I do not specifically target any of my services to residents of the United States.

20. I have never visited the United States and have never applied for a U.S. Visa.

21. My role in the operation of the <eporner.com>'s website involves business administration of MW Media S.C. I am not involved in the actual operation of the subject website.

22. Eporner.com is a website operated by MW Media S.C. a – civil law partnership created under the laws of the Republic of Poland. I am one of the partners of MW Media S. C.

23. I declare under the penalty of perjury of the laws of the United States of America, that the foregoing statements are true and correct and that this declaration is executed on May 27, 2020, in Katowice, Poland.

DATED this 27th day of May 2020.

______________________________
**MACIEJ MADON**