# EXHIBIT 1

Listing for Service in Poland
Under the Hague Convention

# AUTHORITY

## Poland - Central Authority & practical information

**Central Authority(ies):**

*Ministerstwo Sprawiedliwości (Ministry of Justice)*
*Departament Współpracy Międzynarodowej i Praw Człowieka (Department of International Cooperation and Human Rights)*

| **Contact details:** | |
|---|---|
| Address: | Ministry of Justice (Ministerstwo Sprawiedliwości)<br>Departament Współpracy Międzynarodowej i Praw Człowieka<br>Al. Ujazdowskie 11<br>00-950 Warsaw<br>P.O. Box 33<br>Poland |
| Telephone: | +48 22 2390 870 |
| Fax: | +48 22 6280 949 |
| E-mail: | sekretariat.dwmpc@ms.gov.pl |
| General website: | https://www.gov.pl/web/sprawiedliwosc |
| Contact person: | - |
| Languages spoken by staff: | Polish, English, French |

| **Practical Information:**<br>*(The following information was provided by the relevant State authorities or was obtained from the replies to the 2003 and/or 2008 Service Convention Questionnaires)* | |
|---|---|
| Forwarding authorities (Art. 3(1)): | The courts. |

| | |
|---|---|
| Methods of service<br>(Art. 5(1)(2)): | *Formal Service* (Art. 5 (1)(a))<br>The Polish Central Authority is not directly involved in the service of documents. Documents are sent to competent courts. These courts may use for formal service the post, a bailiff or the court's service officials. The formal service may also be conducted by directly handing a document to the addressee in the court registry.<br><br>*Informal delivery* (Art. 5(2))<br>Informal delivery within the meaning of Article 5(2) may be conducted only by directly handing a document to the addressee in the court registry.<br><br>*Service by a particular method* (Art. 5(1)(b))<br>Service by a particular method requested by the applicant may be conducted, for example, by police officers or by notary.<br><br>For more information on methods of service, see European Judicial Network in Civil and Commercial Matters – Service of documents – Poland. |
| Translation requirements<br>(Art. 5(3)): | The document, which is to be served under Article 5(1) of the Convention, should be generally translated into Polish. According to Article 1132(2) of the Polish Code Civil Procedure, if a court or other authority of a foreign state applies to a Polish court for the service of document on a person staying in Poland, without attaching a translation of the document into Polish, the document is served on the addressee if he chooses to accept it.<br><br>The only exception is provided by Agreement of 5 July 1987 between Poland and China, which allows enclosing a translation of judicial documents into English. However in practice, documents from China which are delivered to a Polish authority with translation into English should be translated into Polish by the Central Authority or by the competent regional court. |
| Costs relating to execution of the request for service<br>(Art. 12): | The costs include the postage, which is not regained by the courts. |
| Time for execution of request: | Two to three months |
| Oppositions and declarations<br>(Art. 21(2)): | Click here to read all the declarations and reservations made by Poland under this Convention |
| Art. 8(2): | Opposition |
| Art. 10(a): | Opposition |
| Art. 10(b): | Opposition |
| Art. 10(c): | Opposition |
| Art. 15(2): | No declaration of applicability |

| | |
|---|---|
| Art. 16(3): | No declaration of applicability |
| Derogatory channels (bilateral or multilateral agreements or internal law permitting other transmission channels) (Arts. 11, 19, 24 and 25)<br><br>**Disclaimer:**<br>*Information may not be complete or fully updated – please contact the relevant authorities to verify this information.* | Bilateral conventions on judicial co-operation: *Belarus*, *Bulgaria*, *China (People's Republic of)*, *Czech Republic*, *Egypt*, *Estonia*, *Finland*, *France*, *Germany*, *Greece*, *Italy*, *Latvia*, *Lithuania*, *Russian Federation*, *Turkey* and *Ukraine*.<br><br>Council Regulation (EC) No 1393/2007 on the service in the Member States of judicial and extrajudicial documents in civil or commercial matters (Strasbourg, 13 November 2007) (European Judicial Atlas – Service of Documents). |
| Useful links: | |

This page was last updated on: 07 January 2019

## Conventions (incl. Protocols and Principles)

Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters [14]